UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES GENERAL MEDICAL CENTER, et al.,<br><br>        Defendants. | Case No. 23-cv-03689-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 13 |

The Court has reviewed Chief Magistrate Judge Donna M. Ryu's Report and Recommendation to dismiss the complaint without prejudice for failure to pay the filing fee, as well Plaintiff Terrance Turner's objections to the Report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court DISMISSES the case without prejudice.

**IT IS SO ORDERED.**

Dated: June 18, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**